# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPOD America, LLC, dba Dope<br><br>Plaintiff,<br><br>v.<br><br>Weirdope Lifestyle, LLC dba Weirdope<br><br>Defendant. | Case No.: CV 19-2840-DMG (RAOx)<br><br>CONSENT JUDGMENT AND PERMANENT INJUNCTION [20] |

Plaintiff EPOD America, LLC, dba Dope ("EPOD") and Defendants Defendant Weirdope Lifestyle, LLC dba Weirdope ("Weirdope") (EPOD and Weirdope are from time to time referred to as "the Parties" and individually as "Party"), having agreed to a settlement of the claims between them asserted in the above-captioned action (the "Settlement Agreement"), and having stipulated to entry of this Consent Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

EPOD has filed this action asserting claims for trademark infringement and unfair competition, among others, wherein it alleges that, *inter alia*, Weirdope has distributed, offered for sale, and sold at wholesale and/or retail various

merchandise, apparel and services using marks that are confusing similar to EPOD's trademarks.

EPOD alleges that it is a widely recognized designer and retailer of contemporary and high end street-wear, including clothing, apparel, jewelry and accessories, and alleges that it sells its products through both an on-line retail store outlet located at www.dope.com ("DOPE Website"), and a physical retail store located in 454 N. Fairfax Avenue, Los Angeles, California ("DOPE Store"), as well as through national retail chains.

EPOD owns a portfolio of "DOPE" trademarks, including DOPE, DOPEST, DOPE SPORT, DOPE HOMME, DOPE DENIM, AUDACITY OF DOPE and DOPE COUTURE (collectively, the "DOPE Marks"), and has used said marks in interstate commerce, including through the DOPE Store and the DOPE Website.

Weirdope Lifestyle, LLC dba Weirdope is a North Carolina Limited Liability Company with a principal place of business located at 2664 Timber Drive, Suite 191, Garner, North Carolina 27529. Wierdope engages in the retail sale of street-wear apparel.

This Court has jurisdiction over Weirdope and over the subject matter at issue in this action. Weirdope consents to jurisdiction of this Court for the purpose of construing, executing, and enforcing this Consent Judgment and Permanent Injunction, and this Court retains jurisdiction for that purpose.

Weirdope and each of its members, officers, directors, agents, employees, subsidiaries, affiliates, partners, predecessors, successors and/or other related companies (the "Weirdope Parties") are permanently enjoined, as of October 1, 2019, from manufacturing or causing to be manufactured, selling, or otherwise distributing goods bearing the word "dope" anywhere in the world, through any means whatsoever, including but not limited to through any website (including third party websites) or physical stores and from using the word "dope" in any marketing, advertising, or promotional material.

The Weirdope Parties will not use the word "dope" in key word advertising or metatags.

Weirdope will, within five (5) days of the execution of the Settlement Agreement, provide a copy of the Agreement and the Consent Judgment and Permanent Injunction to each of its members, officers, directors, agents, employees, subsidiaries, affiliates, predecessors, successors and/or other related companies and all such persons who receive actual notice of this Consent Judgment by personal service or otherwise, are permanently enjoined as set forth above.

Weirdope shall not contest the validity of the DOPE Marks or EPOD's ownership rights therein, in any future proceedings between the parties, including any future action claiming trademark infringement.

Weirdope shall not oppose any pending or future trademark, trade name or trade dress applications bearing the DOPE Marks or any derivation thereof filed by EPOD before the USPTO and /or any equivalent body in any foreign country.

Weirdope shall not pursue any trademark, trade name, or trade dress applications bearing the DOPE Marks, including but not limited to Weirdope or any DOPE derivatives, before the USPTO and/or any equivalent body in any foreign country.

The provisions of this Consent Judgment and Permanent Injunction shall be deemed to extend to and inure to the benefit of the Parties' respective successors-in-interest, assigns, transferees, grantees, heirs, executors, administrators and representatives, and to extend to and obligate the Parties' respective successors-in-interest, assigns, transferees, grantees, heirs, executors, administrators and representatives.

The Parties represent that they are duly authorized to execute and enter into this Consent Judgment and Permanent Injunction, and they consent to entry of this Consent Judgment and Permanent Injunction.

## **PERMANENT INJUNCTION**

The Court hereby enters this Consent Judgment and Permanent Injunction.

DATED: August 12, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE